IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00775-EWN-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL
UNION, LOCAL NO. 7,

    Plaintiff,

v.

KING SOOPERS, INC., a Division of Dillon Companies, Inc., and a wholly
owned subsidiary of the Kroger Company,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 1, 2006.**

    Defendant's Joint Motion to Vacate Preliminary Pretrial Conference [Filed August 31, 2006; Docket #12] is **granted**.  The preliminary pretrial conference scheduled for September 8, 2006, is **vacated**.